UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:
Charles A. Vista
and Tina R. Vista,                                            Case No. 3:19-bk-04066-JAF
            Debtors.   /

## MOTION TO COMPEL DEBTORS
## TO TURNOVER PROPERTY TO THE TRUSTEE

Pursuant to 11 U.S.C. §542, the Trustee, through his undersigned counsel, files this Motion to Compel Debtors to Turnover Property to the Trustee and states unto the Court as follows:

1. The property of the bankruptcy estate, pursuant to 11 U.S.C. §541, includes the following:

**2001 Toyota Highlander VIN: JTEGF21A010006846; 2011 Honda Odyssey VIN: 5FNRL5H9XBB002695; 1996 Dodge Dakota VIN: 1B7FL26PXTS578083; family room: bookcase, chair, sofa, table, desk, lamps (4), misc. decor, rug, dvds, books, cds, hallways: linens, decor, Kitchen: range/oven, refrigerator, microwave, dishes, pots/pans, cookware, utensils, table and chairs, master bedroom: bed, bedding, chest, dresser, lamps (2), Bedroom Two: bed, bedding, chair, desk, dresser, lamp, Guestroom: used for storage, bedding, Home Office: desk, chair, books, misc. appliances: dryer, washing machine, lawn mower, weed wacker, misc.: lawn furniture, luggage, tools, Christmas decorations; TV, laptop, printer; clothes for 2 people; wedding bands; Bank of America checking xxx0269; Bank of America savings xxx1946; VyStar Credit Union xx0177; VyStar Credit Union xxx4119; VyStar Credit Union xxx4598; 2019 federal income tax return and refund.**

2. Said property is property which the Trustee may use, sell or lease pursuant to Section 363 of the Bankruptcy Code.

3. The trustee is entitled to a turnover of said property pursuant to 11 U.S.C. §542.

                                                          **ROBERT ALTMAN, P.A.**
                                                          */S/ Robert Altman*
                                                          **Robert Altman, Trustee**
                                                          Florida Bar No. 346861
                                                          P.O. Box 922
                                                          Palatka, Florida 32178-0922
                                                          (386) 325-4691 / (386) 256-1423 Facsimile

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Compel Debtors to Turnover Property to the Trustee was furnished to Charles A. Vista and Tina R. Vista, 3396 Glenn Hollow Court, Jacksonville, FL 32226 and to Marilyn G. Wells, Esquire, 2064 Park Street, Jacksonville, FL 32204, by U.S. first class mail, postage prepaid or electronic filing CM/ECF on December 5, 2019.

                                                          **ROBERT ALTMAN, P.A.**
                                                          */S/ Robert Altman*
                                                          **Robert Altman, Trustee**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

Charles A. Vista
and Tina R. Vista,                                              Case No.3:19-bk-04066-JAF
       Debtors.
_____/

## NOTICE OF PRELIMINARY HEARING

**NOTICE IS HEREBY GIVEN**:
in **Courtroom 4D**, 300 North Hogan Street, 4th floor, Jacksonville, Florida, a preliminary hearing will be held on **January 22, 2020 at 1:30 p.m.** before the Honorable Jerry A. Funk, United States Bankruptcy Judge, to consider and act upon the following matters:

### MOTION TO COMPEL DEBTORS TO TURNOVER PROPERTY TO THE TRUSTEE

Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at courthouse security checkpoints. You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and, except in Orlando, computers in the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: December 5, 2019.

                                          **ROBERT ALTMAN, P.A.**

                                          /S/ Robert Altman
                                          **Robert Altman, Trustee**
                                          Florida Bar #346861
                                          P.O. Box 922
                                          Palatka, Florida 32178-0922
                                          (386) 325-4691 / Fax No. (386) 256-1423

## CERTIFICATE OF SERVICE

       **I HEREBY CERTIFY** that a true and correct copy of the Notice of Preliminary Hearing on Motion to Compel Debtors to Turnover Property to the Trustee was furnished to Charles A. Vista and Tina R. Vista, 3396 Glenn Hollow Court, Jacksonville, FL 32226 and to Marilyn G. Wells, Esquire, 2064 Park Street, Jacksonville, FL 32204 by U.S. First Class Mail on December 5, 2019 postage prepaid, or electronically or electronic filing CM/ECF.

                                          /S/ Robert Altman
                                          **Robert Altman, Trustee**